# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00761-CV

### In re Rook Tx LP and Rook GP LLC

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). We lift the stay of the proceedings in the underlying case. *See id*. R. 52.10.

_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly and Theofanis

Filed: November 7, 2025